UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKEICHA MARIE MINER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-2111-X-BN |
| | § | |
| TEXAS MUTUAL, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND_ RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case that the case should be dismissed for lack of subject matter jurisdiction.   (Doc. 6).   Miner then responded with an amended complaint. (Doc. 7).   The United States Magistrate Judge then made supplemental findings, conclusions, and a recommendation with the same conclusion that the case should be dismissed because, like the initial complaint, the amended complaint failed to plausibly allege a basis for subject matter jurisdiction.   (Doc. 8).   No objections were filed.   The District Court reviewed the proposed findings, conclusions, and recommendations for plain error.   Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **DISMISSES WITHOUT PREJUDICE** the case.

**IT IS SO ORDERED** this 7th day of February, 2024.

1

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE